IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ROSIBEL DEL CARMEN MUNOZ PALACIOS, *

Petitioner, *

v. * Case No. 4:26-cv-856-CDL-CHW

Warden, STEWART DETENTION CENTER, *

Respondent. *

## JUDGMENT

Pursuant to this Court's Order dated 9/2/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of September, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk